IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | Bankruptcy No. 03-33937-JFK |
| ALAN REID COFFMAN and | ) | |
| BARBARA ILENE COFFMAN, | ) | Chapter 11 |
| | ) | |
| Debtor, | ) | Docket No. |
| | ) | |
| DAVID P. DONLEY, II, | ) | **STIPULATION TO SATISFY** |
| | ) | **ADVERSARY PROCEEDING** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ALAN REID COFFMAN and | ) | |
| BARBARA ILENE COFFMAN, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>STIPULATION TO SATISFY ADVERSARY PROCEEDING</u>**

AND NOW, comes David P. Donley, II ("Plaintiff Donley") by and through his undersigned counsel, Sebring & Associates and William E. Otto, Esq., and Alan Reid Coffman and Barbara Ilene Coffman (collectively, "Defendant Coffman") by and through their undersigned counsel, Donald R. Calaiaro, Esq., and file this Stipulation to Satisfy Adversary Proceeding and in support thereof respectfully state as follows:

1.      The parties stipulate and agree that the Adversary Proceeding filed by Plaintiff Donley against Defendant Coffman will be satisfied upon payment of Twenty Thousand Dollars ($20,000.00) from Defendant Coffman to Plaintiff Donley.

2.      The parties stipulate and agree that such sum is nondischargeable.

3.      Such payment will be made on the earlier to occur of (a) sale and closing of the real estate owned by Defendant Coffman; or (b) discharge or dismissal of the Chapter 11 filing by the Court.

WHEREFORE, the parties respectfully request that this Honorable Court enter an Order finding that the sum of Twenty Thousand Dollars ($20,000.00) will satisfy the Aversary Proceeding in accordance with this Stipulation.

Respectfully submitted,

Dated:  June  3  , 2004

William E. Otto, Esq.
PA I.D. # 32716
Sebring & Associates
2735 Mosside Boulevard
Monroeville, PA  15146
(412) 856-3500
Attorneys for Plaintiff,
David P. Donley, II

Donald Calaiaro, Esq.
PA I.D. #  27538
Calaiaro, Corbett & Brungo
1105 Grant Building
Pittsburgh, PA 15219
(412) 232-0930
Attorneys for Defendants,
Alan Reid and Barbara Ilene Coffman